UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD DRENNAN,

    Plaintiff,

v.                                                    CASE NO. 8:21-cv-2557-WFJ-CPT

CREDIT CONTROL SERVICES, INC.
d/b/a Credit Collection Services,

    Defendant.
_____/

## ORDER

Upon consideration of the related and earlier-filed case of *Adamson v. Credit Control Services, Inc. d/b/a Credit Collection Services*, No. 6:21-cv-1434-GAP-LRH, which is pending before the Honorable Gregory A. Presnell, this case is **TRANSFERRED** to Judge Presnell, with his knowledge and consent, for all further proceedings. *See* Local Rule 1.07, M.D. Fla. The Clerk is directed to complete the transfer.

**DONE AND ORDERED** at Tampa, Florida, on November 16, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record and all unrepresented parties